United States District Court
Southern District of Texas
ENTERED

JUL 3 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 3 0 1998

Michael N. Milby, Clerk of Court

## ORDER

| | |
|---|---|
| ARNOLDO RODRIGUEZ, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-192 |
| § | |
| CELADON TRUCKING SERVICES, INC. § | |

TYPE OF CASE:   __X__ CIVIL     ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

STATUS CONFERENCE
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

AUGUST 28, 1998 AT 1:30 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 30, 1998

TO:   MR. RICHARD ZAYAS
      MR. JAMES F. MCKIBBEN, JR.