16

United States District Court
Southern District of Texas
ENTERED
SEP 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 23 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARNOLDO RODRIGUEZ, ORLANDO RODRIGUEZ, NOE CHARLES, DESI MARTINEZ and RENE TREJO | § § § § | |
| Plaintiffs | § § | |
| vs. | § § | CIVIL ACTION NO. B-97-192 |
| CELADON TRUCKING SERVICES, INC. | § § | |
| Defendant | § | |

## ORDER GRANTING MOTION FOR DISMISSAL

On this the 23RD day of SEPTEMBER, 1998, came on to be heard the Motion to Dismiss of Plaintiffs, in the above-entitled and numbered cause, seeking dismissal of Plaintiffs' causes of action against Defendant, **Celadon Trucking Services**, Inc. with prejudice. The Court is of the opinion and finds that all matters in dispute have been fully and finally compromised and settled. It is, therefore,

ORDERED, ADJUDGED and DECREED, that the Plaintiffs' causes of action against Defendant are dismissed with prejudice to the rights of Plaintiffs to refile same or any part thereof. All costs of Court are taxed against the party incurring same.

SIGNED this 23RD day of SEPT, 1998.

_____
U.S. MAGISTRATE JUDGE

1